UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHIFLETT,<br><br>        Plaintiff,<br><br>    v.<br><br>LAKEVIEW LOAN SERVICING, LLC<br><br>        Defendant. | 2:23-cv-00397-KJN<br><br>ORDER |

        This case was removed to federal court on March 2, 2023 and randomly assigned to Chief Magistrate Judge Kendall J. Newman under Appendix A of the Local Rules.  (ECF Nos. 1, 2.)  Under the Initial Scheduling Order, all parties were to inform the Clerk of Court of their decision whether to Consent or Decline magistrate judge jurisdiction for all purposes in this case by filing their Consent/Decline form within fourteen days of the date the action was filed, in this case by March 16, 2023.  (ECF No. 2.)  As stated in paragraph 2 of the Initial Scheduling Order, a party's failure to submit their Consent/Decline form "may result in the court vacating a hearing or declining to resolve the motion until all consent designations have been submitted."  (ECF No. 2 at 2, para. 2.)

        Defendant filed a motion to dismiss and a hearing on the motion is set for April 25, 2023 at 9:00 a.m.  (ECF No. 8.)  However, a review of the docket shows that not all parties have filed their Consent/Decline forms.  Proper case administration requires that parties return the forms

promptly. There is no obligation to consent, and no judge will be notified of a party's decision unless all parties have consented. See Fed. R. Civ. P. 73(b)(1).

Accordingly, all parties shall file the Consent/Decline forms within seven days of this order. Failure to comply with this order may result in vacatur of the April 25, 2023 motion hearing and issuance of sanctions against the non-compliant party.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Any party who has not submitted their Consent/Decline form shall do so within 7 days of this order; and
2. Parties are advised that if a party has not filed their Consent/Decline form within 7 days of this order, the court may vacate the April 25, 2023 hearing and and sanctions may issue against the non-compliant party.

Dated: March 22, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

shif.1677.